- 1 -

Your Name: Lia C. Javier

Address: 805 Fieldstone Ct Brentwood, CA 94513

Phone Number: 510-701-1771

Fax Number: N/A

E-mail Address: rainbowme777@gmail.com

Pro Se Plaintiff

**FILED**

JUN 03 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

# CV24-3327

Lia C Javier

Plaintiff,

vs.

Kaiser Foundation Health Plan Inc

Defendant.

Case Number    *[leave blank]*

LJC

**COMPLAINT** - Plaintiffs complaint
for damages

DEMAND FOR JURY TRIAL

Yes ☐  No ☒

**PARTIES**

1. Plaintiff. *[Write your name, address, and phone number. Add a page for additional plaintiffs.]*

Name: Lia C Javier

Address: 805 Fieldstone CT, Brentwood, CA 94513

Telephone: 510-701-1771

Chelseay Javier
805 Fieldstone CT. Brentwood, CA. 94513
510-701-1771

COMPLAINT

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: Kaiser Foundation Health Plan Inc.

Address: One Kaiser Plaza, Oakland, CA 94612

Telephone: 510-271-5800/510-271-5910

Defendant 2:

Name: _____

Address: _____

Telephone: _____

Defendant 3:

Name: _____

Address: _____

Telephone: _____

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☑ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] ERISA

_____.

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT

# VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4.    Venue is appropriate in this Court because:

☒ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5.    Because this lawsuit arose in <u>Contra Costa</u> County, it should be assigned to the <u>San Francisco / Oakland</u> Division of this Court.

## STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

1) This case was closed without Prejudice. Case # 3:20 CV-00725-JD, In 2022/2023 there was this order, I Lia C. Javier worked as an Administrative specialist III for Kaiser Health Plan Inc from January 2000 to March 2010, and am a participant in the Kaiser Permanente Retirem

Exhibit A

COMPLAINT

*[Copy this page and insert it where you need additional space.]*

1a) I can speak for myself as I have used the tools that My Psychiatrist, Dr. Silver has given me. In the beginning of this trial, I have asked to speak via conference call or zoom call, but somehow Judge Donato did not answer the question. I don't know if he did not understand or was saying "no", without saying "no." I don't go many places since Covid-19, I always wear my masks and stay away from people. My daughter let opposing counsel know that I was awaiting a response from the Judge (Donato,) to see if I could get special circumstances due to my mental illness and low immunity; to speak from home. (Dylan Rudolph hoped as well as his wife was expecting). The Judge never responded, and I did not show up to court as I assumed I would be given a conference or zoom code dial in. I contacted the court that day and previous weeks but no one could answer me as once again I am not a lawyer.

1b) I could only hope that Judge Donato would have understood, but he kept saying "You're daughter Chelsea Javier is not a lawyer". What did that have to do with me wanting zoom or conference call.

**COMPLAINT**

[Copy this page and insert it where you need additional space.]

It would have eased anxiety for me, being in my own home surrounded by my calm things, not being in a contagious courtroom. I had seen that there were plenty of other cases that were on zoom. Why didn't I get the help I needed for my mental disably,

1 c.) I was told pretty much come in to court or case closed. I had to say I will do it because I would lose my case. Kaiser Foundation Health Plan Inc's counsel gave the argument, "No, she's to fragile to speak, so Judge Donato went in their favor, and closed the case with out prejudice. ~~Exhibit~~

1 d) Which brings me to today of starting this case all over again, where it's a struggle for me and my daughter. Now she has HBP readings and sharp chest pains, because she is starting from square one with me, taking care of me and working.

1 E) I have the doctors letters on asking let "Lia Javier speak from home", but here I am once again, asking for justice. I am low income and I have to fight this fight all over again which makes me physically and mentally sick. - Exhibit B

**COMPLAINT**

Plan. There is new information concerning why I missed the court hearing in February of 2023. (ow immunity, anxiety, fear of catching Covid.) I asked for a zoom or conference call with a doctors letter. I don't think Freddy Donato understood. He kept saying my daughter Chelsea was not a lawyer. I can speak.

2) I have a mental Disability that causes confussion, overwhelm, depression, anxiety, difficulty with memory, difficulty understanding, difficulty communicating, and difficulty making decisions. I become easily overwhelmed and need significant assistance making decisions. I live with my adult daughter Chelsea and adult son Noel Garcia who helps me with everything. I cannot function on my own, but getting better as stated

from my Psychiatrist 3) I have been on Social Security Disability Insurance since 2013 due to my mental disabrlity. I am very low-income and live on a fixed income. I also receive CalFresh benefits (Food Stamps) and Medical/Medicaid.

4) On approximately October 3, 2017, I received a postcard in the mail regarding my retirement plan. It stated "Act by October 5, 2017" and that Kaiser was offering a "limited time opportunity to receive your pension benefit as early as November 2017". It further stated I should "Review the Election Kit you received in Mid-August to learn about your options and decide whether this opportunity is right for you."

**COMPLAINT**

Pg 8
ReJ/KF*Duc

- 8 -

*[Copy this page and insert it where you need additional space.]*

5) I was very confused by the postcard. I had not received an Election Kit in mid-August and knew nothing about the "opportunity." The Postcard, indicated I should call the "Pension Election Help Desk toll-Free at 1-855-235-8684" if I had questions." To be clear: I never received an Election Kit in the Mail from Kaiser explaining the ins and outs of the decision presented to me; the only communication I ever received was one postcard which told me I needed to "Act by Oct 5" (in one day), and that this was a "limited time opportunity."

6) On October 4, 2017, I called the toll-free number listed on the postcard because I did not understand why it was sent to me and what I had to do about it.

7) When I called the number on the postcard and spoke with a representative, I explained that I had great difficulty understanding what I was supposed to "Act" on; I had not received the Election Kit and the only information I had was what was written on the postcard, which I had just received the day before. I told the representative that I was mentally disabled and I did not understand what my options ~~were~~ were;

**COMPLAINT**

*[Copy this page and insert it where you need additional space.]*

and the representatives on the phone did not explain my options to me. Instead they told me how to log unto the online election system so that I could review materials and make my election. There was no way, under these circumstances with my mental disability, that I would be able to understand the decisions presented to me in such a short amount of time.

8) I told the representative did not understand and was mentally disabled. I asked if this was from Kaiser because Kaiser who I worked for, and the representative responded "This is Kaiser" I asked to speak with a supervisor multiple times but I was told it would one business day for a supervisor to call me back. "which not be helpful because that would be the deadline to act". I was told no extensions would be provided even I was mentally disabled. I told them this was difficult for me because I am mentally disabled and couldn't make a decision within a day or a few hours. I was told I could make an election and then revoke by October 31". I was eventually able to log in online and I took the lumpsum payment option as

**COMPLAINT**

*[Copy this page and insert it where you need additional space.]*

described by the representative.

9) Prior to October 31st, 2017, my daughter Chelseay and I tried to get more information from the Election Help Desk phone number several times to let them know once again that I was mentally disabled, a, I did not know what to do. They again stated that they could not give me the information I was asking for, that they were just the company that Kaiser Foundation Health Plan hired.

10) I did not understand what my options were or what the consequences of any decision would be. With me being mentally disabled and on SSDI, I didn't understand: would I have to pay taxes and would it affect the total amount because I am low income and most of my incomes goes to my mortgage, PG&E, water & Garbage, etc. Basically, my daughter and I could not get any help in getting the questions answered before the election date had expired.

11) In addition to contacting the Election Help Desk prior to October 31st 2017, we also called the Kaiser Divisional Offices main line phone number where I had for Kaiser as an Admin Spec. III, but no one had any information that they were willing to give us — they said they couldn't transfer

**COMPLAINT**

[Copy this page and insert it where you need additional space.]

us to Kaiser Permanente Retirement or give us any information. We also tried to find the Kaiser Permanente Retirement contact information on the internet, but no contact information for Kaiser Permanente Retirement showed up. We did not know what to do because this company (that Kaiser hired and Kaiser Administrative Offices) clearly had strict instructions not to give Kaiser Retirement information to anyone.

12) Defendants had presented me with a complicated, time sensitive decision which had significant financial consequences, in light of my mental disability and the fact that I was first notified of this decision two days before it had to be made, I asked for an extension of time to fully understand the decision so I could make it knowingly and voluntarily; defendant offered no meaningful assistance whatsoever in understanding the options that they presented to me.

13) Several days after October 31, 2017, revocation deadline had passed, the Kaiser Permanente Retirement phone number finally appeared on the Kaiser website — my daughter, son and I had been exhaustively searching the internet for Kaiser Private Retirement contact information and phone number for weeks prior to October 31, 2017, but no phone number

**COMPLAINT**

*[Copy this page and insert it where you need additional space.]*

or other contact information for KP Retirement was there until after the revocation deadline had passed. I believe Kaiser had taken down the contact information for Kaiser Permanente Retirement during the election period and then put the phone number for KP Retirement back up on the website only after the election revocation period passed.

14) On the day the Kaiser Permanente Retirement phone number was finally put back on the website, my daughter and I called that number and spoke to a supervisor who told us that we should have been given the phone number because I am a mentally disabled citizen and I needed to know all of my options before making such an important decision. We were also told by her that I could have asked for a hardship loan taken out of my retirement that may or may not have been approved, and there would have been no taxes taken out because I was on SSDI. This was the first time I was given information about my options that I could even begin to understand. The supervisor told me to try and revoke my lump sum election because not that much time had passed since the revocation deadline,

COMPLAINT

*[Copy this page and insert it where you need additional space.]*

and that she could not promise me anything but I could at least try.

15) I received a check for the lump sum payment sometime in November 2017. I have never cashed the check. (KP still has my retirement income) — Exhibit C]

16) My daughter spoke to someone else a few days later from K P Retirement and they stated that my only options were to cash the check, see about disputing the payout, ask my Tax preparer about the taxes on it or if I was denied the dispute that I had with K P Retirements pay out, I would have to file a lawsuit. They said it was all on me and that it was out of their hands. My Tax Preparer told me that I was disabled and I should not have to pay taxes on this cash out, but to make sure with K P Retirement. Once again around the 2nd or 3rd week in November 2017, I contacted K P Retirement and they told me I had a booklet from them explaining all that I needed to know, but like me and my daughter explained numerous amounts of time to them, we never received a booklet the only thing that we received was the post card.

17) Eventually, KP Retirement told me to try to dispute it by filling a claim, because it was too late to do anything else. I also spoke with

**COMPLAINT**

*[Copy this page and insert it where you need additional space.]*

my Tax Preparer and she told me not to cash the check and to dispute it as well.

18) I put in the dispute a few days or a week later and within a couple of weeks KP Retirement denied the claim. I reached out to a few lawyers and they were going to charge me too much (because I am low income/on SSDI) to retrieve my retirement so I disputed it again (by appealing) a couple of weeks later. A few weeks after that, Kaiser denied my appeal and sent me a letter stating that my only recourse was to file a lawsuit against Kaiser Foundation Health Plan Inc.

**COMPLAINT**

**CLAIMS**

**First Claim**

(*Name the law or right violated:* ERISA                                  )

(*Name the defendants who violated it:* Kaiser Foundation Health Plan Inc.)

[*Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

19) Plaintiff incorporates each of the preceding paragraphs as if set forth fully below

20) At all relevent times, Plaintiff was a participant of the Kaisor Permanente Retirement Plan ("the Plan") and Defendant was responsble for the administration and handling of Plaintiff's benefits under the Plan.

21) On October 4, 2017, in response to a postcard mailed by Defendant stating "act by October 5, 2017" Plaintiff sought assistance and information about what she must "act" on by calling the phone number listed on the postcard (the Election Help Desk, 1-855-235-8684).

22) Plaintiff informed the "Election Help Desk" representative that she was mentally disabled, confused, had never receeived the "Election Kit" mentioned in the postcard, and could not make a decision in a few hours or a day given her mental disability and that she did not receive any information other than the postcard. Plaintiff requested assistance from a supervisor, but she was told she would have to wait one business day to speak with a supervisor, which happened to be the deadline to "Act."

**COMPLAINT**

_____ **Claim**

(*Name the law or right violated:* ERISA _____ )

(*Name the defendants who violated it:* Kaiser Foundation HealthPlanInc).

23) Because of the impending deadline and inability to speak with a supervisor before the deadline, the representative suggested Plaintiff could make an election online, which could be canceled before October 31st, 2017. The Example given to a Plaintiff by representative was to elect the lump sum payment option. Plaintiff was eventually able to log on and make the lump sum election described by the representative.

24) Plaintiff and her daughter attempted to get more information from the Election Help Desk prior to October 31, 2017, but they never got the information they needed. When they asked for direct contact information to Kaiser, they were denied. When they tried to find direct contact information for Kaiser Permanente Retirement on the internet, it was not there. It was not until after the election deadline passed that a phone number Kaiser Permanente Retirement appeared, through an internet search

25) When Plaintiff and her daughter finally reached the appropriate supervisor at Kaiser Permanente Retirement, she was told she should have been given the phone number earlier, and to try to revoke the lump sum election and be reinstated in her retirement plan but she was denied.

26) Plaintiff exhausted her administrative remedies by filing a claim and appeal to the Plan.

**COMPLAINT**

*[Copy this page and insert it where you need additional space.]*

23) Defendant's lump sum distribution and subsequent refusal to reinstate Plaintiff into Plan violates the terms of the plan and applicable ERISA regulations; and Defendant's actions are wrongful arbitrary, and capricious. Defendant's refusal to reinstate Plaintiff into the plan has caused harm, including loss of future income.

**COMPLAINT**

- 7 -

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

28) Plaintiff requests the following relief: 29) For the Defendant to accept my return of the uncashed lump sum election check, accept my request to cancel the lumpsum payment, and reinstate me into my Kaiser Permanate Retirement Plan with all monies that were in the account prior and to issuance of the lumpsum check and ongoing. 30) For damage according to proof. 31) For daughter's loss of time and costs of suit. 32) For equitable relief. 33) An apology of wrong doing which caused this suit 34) Pain and suffering 35) For any other relief the Court deems just and proper.

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☐  Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 05/29/24       Sign Name: _____

Print Name: Lia C Javier

COMPLAINT

Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA C JAVIER, | Case No. 20-cv-00725-JD |
| Plaintiff, | |
| v. | **SECOND ORDER RE RELIEF FROM DISMISSAL** |
| KAISER FOUNDATION HEALTH PLAN INC., | |
| Defendant. | |

The Court dismissed this case without prejudice more than a year ago due to pro se plaintiff Lia Javier's failure to prosecute. Dkt. Nos. 72, 73. Rather than appeal that decision or file a new lawsuit, Javier filed a motion for relief from the order and judgment pursuant to Federal Rule of Civil Procedure 60(b), which was denied for lack of good cause. Dkt. No. 80.

Javier has filed another motion to set aside the dismissal order and judgment, on the ground that Javier's treating psychiatrist believes that she may "speak on her own behalf" in court. Dkt. No. 81-1. That may be, but it is not a basis for the extraordinary relief provided by Rule 60(b), particularly in light of the fact that the Court dismissed the case without prejudice. This case remains closed.

**IT IS SO ORDERED.**

Dated: April 9, 2024

JAMES DONATO
United States District Judge

Exhibit B

Exhibit B
(first letter that
was disregarded)

(10/21)
Date

Anna M. Roth, RN, MS, MPH
Health Services Director

Samir B. Shah, M.D., F.A.C.S
Chief Executive Officer
Contra Costa Regional Medical
Health Centers and Detention Health

CONTRA COSTA
HEALTH SERVICES

BEHAVIORAL HEALTH SERVICES
EAST COUNTY ADULT MENTAL
HEALTH

2311 LOVERIDGE ROAD, 2ND FLOOR
PITTSBURG CA 94565

October 15, 2021

MRN ████████

| | |
|---|---|
| Preferred Name: | Lia C Javier |
| Legal Name: | Lia C Javier |
| Date of Birth: | 7/17/1970 |

To whom it may concern:

Lia C Javier is under my care for treatment of psychiatric disorder.  Due to this illness, she is medically unable to be present in the courtroom. Her disability is permanent so this medical excuse should be as well.    Please allow her to use the telephone to attend hearings.

Sincerely,

Electronically signed on: 10/15/21 by: Deborah Silver, MD

"Electronically signed by: Deborah Silver, MD on 10/15/21"

Pg 23 — Exhibit B
( 7/23 )
Date



MyChart
Contra Costa Health

## Letter Details

| | | |
|---|---|---|
| Anna M. Roth, RN, MS, MPH<br>Health Services Director<br><br>Samir B. Shah, M.D., F.A.C.S<br>Chief Executive Officer<br>Contra Costa Regional Medical,<br>Health Centers, and Detention Health | CONTRA COSTA<br>HEALTH | BEHAVIORAL HEALTH EAST COUNTY<br>ADULT MENTAL HEALTH SERVICES<br>—————————<br>2311 LOVERIDGE ROAD 2ND FLOOR<br>PITTSBURG CA 94565-5117 |

July 12, 2023

Patient:       **Lia C Javier**
Date of Birth: **7/17/1970**
Date of Visit: **7/10/2023**
MRN:          ████████

To whom it may concern,

Ms. Javier is under my care for treatment of a psychiatric disorder. Due to her symptoms, she is not able to participate at her court date in-person. I am supportive of her effort to conduct the legal procedures remotely. Please accommodate her disability if possible.

Electronically signed on 7/12/23

Silver, Deborah Jane, MD

*This letter was initially viewed by Lia C Javier at 1/29/2024 2:35 PM.*

Pg 24   Exhibit B
( 2/24 )
Date



Name: Lia C Javier | DOB: 7/17/1970 | MRN: | PCP: SHREYA KHATRI, MD | Legal Name: Lia C Javier

Contra Costa Health

## Letter Details

| | | |
|---|---|---|
| Anna M. Roth, RN, MS, MPH<br>Health Services Director | CONTRA COSTA<br>HEALTH | EAST COUNTY ADULT BEHAVIORAL<br>HEALTH SERVICES |
| Samir B. Shah, M.D., F.A.C.S<br>Chief Executive Officer<br>Contra Costa Regional Medical<br>Health Centers and Detention Health | | 2311 LOVERIDGE ROAD, 2ND FLOOR<br>PITTSBURG CA 94565-5117 |

February 13, 2024

Patient:         **Lia C Javier**
Date of Birth: **7/17/1970**
Date of Visit: **2/13/2024**
MRN

To Whom it May Concern,

Lia Javier is under my care for treatment of a psychiatric disorder. I am writing this letter to confirm that patient has been attending her appointments and taking her medications as prescribed. She is able to speak on her own behalf.

Deborah Silver, MD

Electronically signed on 02/13/24

*This letter was initially viewed by Lia C Javier at 2/22/2024 12:27 PM.*

Exhibit C

YOUR TAX WITHHOLDING ELECTION WILL REMAIN IN
EFFECT UNTIL YOU CHANGE IT, WHICH YOU MAY DO
AT ANY TIME.  YOU MAY ELECT TO NOT APPLY FEDERAL
TAX WITHHOLDING TO YOUR QUALIFIED PENSION PAYMENT;
HOWEVER, IF YOU DO SO, YOU MAY INCUR IRS PENALTIES
UNDER THE ESTIMATED TAX RULES.

LIA JAVIER
805 FIELDSTONE COURT
BRENTWOOD CA 94513

ACCOUNT ID    1KAISER  -    -KP650A        PLAN NAME   KAISER PERMANENTE RETIREMENT PLAN

| PAYEE INFORMATION | | | |
|---|---|---|---|
| PAYMENT DATE | CHECK NO. | PAYEE SOC SEC NO. | PAYEE |
| Nov 10, 2017 | 006749867 | ********* | LIA JAVIER |

| PAYMENT INFORMATION | | TAX REPORTING INFORMATION | |
|---|---|---|---|
| GROSS PAYMENT AMOUNT | 37,517.88 | TAX YEAR | 2017 |
| FEDERAL TAX  WITHHELD | 7,503.58 | EMPLOYER ID NO. | 04-3581074 |
| STATE TAX  WITHHELD - CA | 750.36 | DISTRIBUTION AMOUNT | 37,517.88 |
| NRA TAX  WITHHELD - | | FEDERAL TAXABLE AMOUNT | 37,517.88 |
| OTHER DEDUCTIONS | | STATE TAXABLE AMOUNT | 37,517.88 |
| NET PAYMENT AMOUNT | 29,263.94 | TAXES WITHHELD | 8,253.94 |
| | | AFTER TAX EE CONTRIBUTIONS | |
| | | CAPITAL GAINS | |
| | | ORDINARY INCOME | 37,517.88 |
| | | NET APPRECIATION | |
| | | IRS DISTRIBUTION CODE | 1 |
| | | TYPE OF DISTRIBUTION | RETIREMENT |

MESSAGE: (PARTICIPANT)

THIS STUB IS THE TAX REPORT PERTAINING TO THE ATTACHED DISTRIBUTION.  RETAIN THIS PORTION FOR YOUR INCOME
TAX RECORDS.  THIS INFORMATION IS BEING REPORTED TO THE INTERNAL REVENUE SERVICE.

DATE  Nov 10, 2017    PLAN NAME    KAISER PERMANENTE RETIREMENT PLAN        CHECK NO.    006749867

5-2
110

PAY        *Twenty nine thousand two hundred sixty three and 94/100 Dollars*

TO THE      **LIA JAVIER**
ORDER OF    805 FIELDSTONE COURT
            BRENTWOOD CA 94513

| AMOUNT |
|---|
| $29,263.94 |

NOT VALID AFTER 180 DAYS

1KAISER  -    -KP650A

**KAISER PERMANENTE**
KAISER FOUNDATION HEALTH PLAN, INC.
ONE KAISER PLAZA ● OAKLAND, CA  94612

Payable at:    State Street Bank & Trust
               Boston, MA 02101

*Susanne McQuella*

⑈006749867⑈  ⑆011000028⑆  9906188 9⑈