Lia C Javier
805 Fieldstone Ct.
Brentwood, CA 94513

**RECEIVED**

MAY 31 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



**UNITED STATES POSTAL SERVICE**  Retail

P   US POSTAGE PAID
$9.25
Origin: 94513
05/30/24
0509360285-10

**PRIORITY MAIL®**

0 Lb 15.30 Oz
RDC 03

EXPECTED DELIVERY DAY: 06/01/24

C004

SHIP TO:

450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3661

USPS TRACKING® #


9505 5136 0432 4151 3424 81



Office of the Clerk
United States District Court
450 Golden Gate Avenue 16th Floor
San Francisco, CA 94102

INSPECTED BY
MAY 31 2024
U.S. MARSHALS SERVICE



