UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA C. JAVIER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KAISER FOUNDATION HEALTH PLAN INC.,<br><br>　　　　　Defendant. | Case No. 24-cv-03327-LJC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable James Donato for consideration of whether the case is related to 3:20-cv-00725-JD, *Javier v. Kaiser Foundation Health Plan Inc.*

**IT IS SO ORDERED.**

Dated: June 5, 2024

_____
LISA J. CISNEROS
United States Magistrate Judge