UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case

   20-cv-00725-JD

   Javier v. Kaiser Foundation Health Plan Inc

I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 24-cv-03327-LJC | Javier v. Kaiser Foundation Health Plan Inc. | | **JD** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Dated: June 13, 2024                    By: */s/ Lisa R. Clark*

                                                               Lisa Clark, Deputy Clerk