UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA C. JAVIER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KAISER FOUNDATION HEALTH PLAN INC.,<br><br>　　　　　Defendant. | Case No.  24-cv-03327-LJC<br><br>**ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS; DIRECTING U.S. MARSHALL TO EFFECTUATE SERVICE**<br><br>Re: ECF Nos. 1, 2 |

On June 3, 2024, Plaintiff Lia C. Javier filed her Complaint and applied for leave to proceed *in forma pauperis* (IFP).  ECF Nos. 1, 2.  Having reviewed Ms. Javier's financial affidavit, the Court finds that she has satisfied the economic eligibility requirement of 28 U.S.C. § 1915(a) and **GRANTS** the application to proceed IFP.

The Court has also screened Ms. Javier's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and finds that dismissal is not warranted at this time.  This is without prejudice to any arguments that the Defendant may raise after being served.  Accordingly, the Clerk's Office shall issue summons and the U.S. Marshal for the Northern District of California shall serve the Defendant, without prepayment of fees, with a copy of the Complaint and this Order.

**IT IS SO ORDERED.**

Dated: July 5, 2024

　　　　　　　　　　　　　　　　　　　　　　　　LISA J. CISNEROS
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge