| | |
|---|---|
| 1 | Clarissa A. Kang, No. 210660 |
| 2 | Dylan D. Rudolph, No. 278707 |
|   | Catherine L. Reagan, No. 327702 |
| 3 | TRUCKER ✦ HUSS |
|   | A Professional Corporation |
| 4 | 135 Main Street, 9th Floor |
|   | San Francisco, CA  94105 |
| 5 | Telephone: (415) 788-3111 |
|   | Facsimile: (415) 421-2017 |
| 6 | E-mail: ckang@truckerhuss.com |
|   |         drudolph@truckerhuss.com |
|   |         creagan@truckerhuss.com |

Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| LIA C. JAVIER, | Case No. 4:24-cv-03327-YGR |
| Plaintiff, | **DECLARATION OF DYLAN D. RUDOLPH IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| vs. | |
| KAISER FOUNDATION HEALTH PLAN, INC. | [Fed. R. Civ. P. 12(b)(6)] |
| Defendant. | DATE: SEPTEMBER 17, 2024 |
| | TIME: 2:00 P.M. |
| | CRT RM: 1, 4TH FLOOR |
| | JUDGE: HON. YVONNE GONZALEZ ROGERS |

-1-

DECLARATION OF DYLAN D. RUDOLPH IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S COMPLAINT; Case No: 4:24-cv-03327-YGR
7378059

I, Dylan D. Rudolph, declare:

1. I am an attorney at law duly licensed and admitted to practice before all courts in the State of California and admitted in this federal district. I am Director at the firm Trucker Huss, APC, counsel of record for Kaiser Foundation Health Plan, Inc. ("KFHP") in this litigation.

2. I make this Declaration in support of KFHP's Motion to Dismiss the Complaint.

3. Each of the facts stated herein is true, correct, and within my personal knowledge or, if stated on information and belief, is true and correct to the best of my information and belief. If called upon as a witness, I could and would testify as to the truth of these statements.

4. Attached as Exhibit 1 is a true and correct copy of the plan document for the Kaiser Permanente Retirement Plan, as amended and restated effective September 1, 2015, Bates numbered KFHP000001-140.

5. Attached as Exhibit 2 is a true and correct copy of the Notice of Decision on Appeal, dated December 10, 2018, Bates numbered KFHP000520-25.

6. Attached as Exhibit 3 is the Notice of Removal, filed in *Javier v. Kaiser Permanente Retirement*, Case No. 3:20-cv-00725 ("*Javier I*") (Dkt. 1), on January 31, 2020.

7. Attached as Exhibit 4 is the Notice of Removal, Exhibit A, Complaint filed in *Javier I* (Dkt. 1-1), on January 31, 2020.

8. Attached as Exhibit 5 is the Order Re Dismissal filed in *Javier I* (Dkt. 72), on March 14, 2023.

9. Attached as Exhibit 6 is the Judgment filed in the *Javier I* (Dkt. 73), on March 14, 2023.

10. Attached as Exhibit 7 is the Motion for Relief from a Judgment or Order filed in the *Javier I* (Dkt. 75), on April 20, 2023.

11. Attached as Exhibit 8 is the Order Re Hearing filed in the *Javier I* (Dkt. 80), on July 5, 2023.

12. Attached as Exhibit 9 is the Plaintiff's Notice of Motion and Motion to Reopen Case Due to New Information filed in the *Javier I* (Dkt. 81), on March 25, 2024.

13. Attached as Exhibit 10 is the Second Order Re Relief from Dismissal filed in the

-2-

1  *Javier I* (Dkt. 82), on April 9, 2024.

2

3    I declare under penalty of perjury, under the laws of the United States, that the foregoing is
4  true and correct. Executed this 13th day of August 2024, in Los Gatos, California.

*[signature]*

Dylan D. Rudolph