# EXHIBIT 6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA C JAVIER,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KAISER FOUNDATION HEALTH PLAN INC.,<br><br>　　　　　Defendant. | Case No. 20-cv-00725-JD<br><br>**JUDGMENT** |

Pursuant to Federal Rule of Procedure 58 and the order of dismissal, Dkt. No. 72, a judgment of dismissal without prejudice is entered.

**IT IS SO ORDERED.**

Dated: March 14, 2023

 JAMES DONATO
United States District Judge