# EXHIBIT 7

Case 4:23-cv-03320-HSG Document 1-8 Filed 04/28/23 Page 1 of 7
Case 3:20-cv-00725-JD Document 158 Filed 04/28/23 Page 1 of 6
Case # 3:20-cv-00725-JD
Pg 2

| | |
|---|---|
| 1 | Your name: Lia C. Javier |
| 2 | Address: 805 Fieldstone Ct, |
| 3 | Brentwood, Ca 94513 |
| 4 | Phone Number: 510-701-1771 |
| 5 | E-mail Address: shecancer777@yahoo.com |
| 6 | Pro se |

**FILED**

Apr. 20, 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☒ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

Lia C Javier

Plaintiff,

vs.

Kaiser Foundation Health Plan Inc

Defendant.

Case Number: 3:20 CV 00725-JD

**NOTICE AND MOTION** [type of motion]
For relief from a Judgement or Order.

**AND MEMORANDUM IN SUPPORT**

DATE: July 6, 2023
TIME: 10:00 am
COURTROOM: 11
JUDGE:
Hon. James Donato

NOTICE AND MOTION [type of motion] For relief from a Judgemnt or order
CASE NO.: 3:20-CV-00725 JD ; PAGE 1 OF 6 [JDC TEMPLATE - rev. 2017]

# I. NOTICE OF MOTION

PLEASE TAKE NOTICE that on [date] July 6, 2023,
at [time] 10:00 am, at [courtroom number and address]
Courtroom 11, 450 GoldenGate Ave, San Francisco, CA. 94102,
before the Honorable [judge's name] James Donato,
I will, and hereby do, move for an order granting this Motion [type of motion]
For relief from a Judgement or Order.

The motion will be based on this Notice and Motion, the Memorandum of Points and Authorities below, the Declaration(s) of [names of people who wrote declarations] I am the Plaintiff in this action, however I/we didn't understand previously, but if this judgement is granted, I will speak for myself.
and the [Proposed] Order.

# II. ISSUES TO BE DECIDED

*[Write each question or request that you are asking the Court to decide in this Motion. There may be one issue, or more. See the Instructions for examples.]*

1. For relief from the court's order Date: March 14, 2023 under rule 60-b1

2. Plaintiff respectively request that the Judge reconsiders its judgement/order in this case

3. My understanding after I sent my Psychiatrists recommendation to all parties, I was awaiting response from Judge Donato to set a new date for court via telephone.

4. Did not understand that not speaking for myself in court would cause Judge Donato to close case without Prejudice

5. If case is reopened I would make sure going forward I will speak for myself.

NOTICE AND MOTION [type of motion] For a relief from a Judgement or Order
CASE NO.: 3:20-CV-00725 JD ; PAGE 2 OF 6 [JDC TEMPLATE - rev. 2017]

## III. MEMORANDUM

### A. Statement of Facts

*[Write the facts relevant to the Motion. Add more pages as needed. At the end of each sentence, write where evidence of that fact can be found. See the Instructions for more detail.]*

1) I brought this case before Judge James Donato because I was not given any information to make the best decision for my retirement years.
   (a) was not told about Disability options, was not given KFHP INC. phone number.)

2) This is a critically large amount of money that I would give away to KFHP Inc. I am low income / mentally disabled with ongoing health issues.
   (a) I will have no retirement anymore and KFHP willingly allowed me to take an early retirement plan, later finding out about my mentally disability.

3) Moving forward I will be speaking on my own behalf.
   (a) To move forward to some resolution with this case

NOTICE AND MOTION *[type of motion]* For relief from a Judgement or order
CASE NO.: 3:20-CV-00725 JD   ; PAGE 3 OF 6   *[JDC TEMPLATE - rev. 2017]*

## B. Argument

*[You should have an argument section for each issue that you listed on page 2. Explain why the Court should rule in your favor on each issue. Provide facts and case law/statutes (if you have any). Add more pages as needed.]*

Rule 60-b1 of the federal rules of civil procedures permits a court to relieve a party's final judgement or order due to a mistake or inadvertent. Plaintiff urges the court to reconsider its order of closing this case. I will appear on my own behalf going forward.

NOTICE AND MOTION *[type of motion]* For relief from Judgement or relief
CASE NO.: 3:20-CV-00725-JD ; PAGE 4 OF 6 *[JDC TEMPLATE - rev. 2017]*

Case 4:23-cv-03300-JD Document 168 Filed 04/23/24 Page 5 of 6
Case 3:20-cv-00725-JD Document 75 Filed 04/28/23 Page 5 of 7
CASE # 3:20-CV-00725 JD
CASE # 3:20-CV-00725 JD (PG 4)

1  *Insert a copy of this page as needed to continue any section, or to write an introduction.*
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE AND MOTION *[type of motion]* For Relief From Judgement or Order
CASE NO.: 3:20-CV-00725-JD ; PAGE 5 OF 6  *[JDC TEMPLATE - rev. 2017]*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24 [You must sign and date.]
25                                    Respectfully submitted,
26
27 Date: 04/18/23      Sign Name: _____
28                    Print Name: Lis C Javier

NOTICE AND MOTION [type of motion] For relief from Judgement or order
CASE NO.: 3:20-CV-00725-JD ; PAGE 6 OF 6 [JDC TEMPLATE - rev. 2017]