# EXHIBIT 8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIA C JAVIER,

           Plaintiff,

    v.

KAISER FOUNDATION HEALTH PLAN INC.,

           Defendant.

Case No. 20-cv-00725-JD

**ORDER RE HEARING**

This case was stayed for nearly a year after pro se plaintiff Lia Javier filed a letter from a physician to the effect that she is not capable of handling this litigation. Dkt. No. 62. Javier did not appear at the status conference the Court set to discuss the situation, Dkt. No. 67, and requested that her daughter be allowed to speak on her behalf at a telephonic conference. Dkt. No. 69. Javier was advised that her daughter cannot represent her because she is not an attorney, and was ordered to show cause in writing why the case should not be dismissed for lack of prosecution under Federal Rule of Civil Procedure 41(b). Dkt. No. 68. Javier's response did not address the Court's concerns, and so the case was dismissed without prejudice under Rule 41(b). Dkt. No. 72.

Javier now asks to reopen the case under Federal Rule of Civil Procedure 60(b)(1). Dkt. No. 75. She says that she did not understand her case would be closed if she could not speak for herself, and that she will appear on her own behalf going forward. *Id*.

The Court is sympathetic to Javier's situation, but her motion does not present a good basis for relief. Although Javier says that she will appear on her own behalf going forward, the letter from her physician dated January 30, 2023, states that "Ms. Javier is not able to represent herself in a courtroom in a clear and constructive way." Dkt. No. 69 at 4. The letter from her physician dated October 15, 2021, states that Javier is "medically unable to be present in the courtroom,"

United States District Court
Northern District of California

and that "[h]er disability is permanent so this medical excuse should be as well." Dkt. No. 63 at 5. Javier has not presented evidence that her circumstances have changed such that she can now represent herself. Moreover, although the Court gives pro se litigants the benefit of the doubt in most matters, Javier was expressly advised that her daughter cannot speak on her behalf and that a failure to address the Court's concerns about her ability to prosecute the case would result in a dismissal without prejudice under Rule 41(b). Dkt. No. 68.

Consequently, Javier's motion is denied, and the case remains closed. The hearing set for July 6, 2023, is vacated.

**IT IS SO ORDERED.**

Dated: July 5, 2023

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California