# EXHIBIT 10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIA C JAVIER,

        Plaintiff,

    v.

KAISER FOUNDATION HEALTH PLAN INC.,

        Defendant.

Case No. 20-cv-00725-JD

**SECOND ORDER RE RELIEF FROM DISMISSAL**

The Court dismissed this case without prejudice more than a year ago due to pro se plaintiff Lia Javier's failure to prosecute. Dkt. Nos. 72, 73. Rather than appeal that decision or file a new lawsuit, Javier filed a motion for relief from the order and judgment pursuant to Federal Rule of Civil Procedure 60(b), which was denied for lack of good cause. Dkt. No. 80.

Javier has filed another motion to set aside the dismissal order and judgment, on the ground that Javier's treating psychiatrist believes that she may "speak on her own behalf" in court. Dkt. No. 81-1. That may be, but it is not a basis for the extraordinary relief provided by Rule 60(b), particularly in light of the fact that the Court dismissed the case without prejudice. This case remains closed.

**IT IS SO ORDERED.**

Dated: April 9, 2024

JAMES DONATO
United States District Judge