| | |
|---|---|
| 1 | Clarissa A. Kang, No. 210660 |
| 2 | Dylan D. Rudolph, No. 278707<br>Catherine L. Reagan, No. 327702 |
| 3 | TRUCKER ✦ HUSS<br>A Professional Corporation |
| 4 | 135 Main Street, 9th Floor<br>San Francisco, CA  94105 |
| 5 | Telephone:     (415) 788-3111<br>Facsimile:      (415) 421-2017 |
| 6 | E-mail:          ckang@truckerhuss.com<br>                     drudolph@truckerhuss.com |
| 7 |                      creagan@truckerhuss.com |
| 8 | Attorneys for Defendant<br>KAISER FOUNDATION HEALTH |
| 9 | PLAN, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | | |
|---|---|---|
| LIA C. JAVIER, | | Case No. 4:24-cv-03327-YGR |
| | Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| vs. | | |
| KAISER FOUNDATION HEALTH PLAN, INC. | | **[Fed. R. Civ. P. 12(b)(6)]** |
| | Defendant. | DATE:     **SEPTEMBER 17, 2024**<br>TIME:      **2:00 P.M.**<br>CRT RM:  **1, 4TH FLOOR**<br>JUDGE:    **HON. YVONNE GONZALEZ ROGERS** |

1

## [PROPOSED] ORDER

2  The Motion to Dismiss filed by Kaiser Foundation Health Plan, Inc. ("KFHP") under Federal
3  Rule of Civil Procedure 12(b) ("Motion") came on regularly for hearing on Tuesday,
4  September 17, 2024, at 2:00 p.m., in Courtroom 1 of the above-referenced court before the Honorable
5  Yvone Gonzalez Rogers.
6  Having considered the papers filed in support of KFHP's Motion, oral argument presented by
7  counsel at the hearing, and the other papers on file in this action, the Court hereby **GRANTS** KFHP's
8  Motion on the basis that it is barred by the Kaiser Permanente Retirement Plan's contractual limitation
9  period and the applicable statutes of limitation, and dismisses the Complaint filed by Plaintiff Lia C.
10 Javier in its entirety, with prejudice.

11

12 **IT IS SO ORDERED**.

13

14 Dated: September __, 2024

15 Hon. Yvonne Gonzalez Rogers
   United States District Judge

16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DIMISS PLAINTIFF'S COMPLAINT;
Case No: 4:24-CV-03327-YGR
7378064