August 13, 2024

Honorable Yvonne Gonzalez Rogers
Oakland Courthouse, Courtroom 1 – 4th Floor
1301 Clay Street
Oakland, CA 94612

      Re:    *Javier v. Kaiser Foundation Health Plan, Inc.*
             Case No. 4:24-cv-03327-YGR

Dear Hon. Judge Gonzalez Rogers:

      Defendant Kaiser Foundation Health Plan, Inc. ("KFHP") and Plaintiff Lia Javier ("Plaintiff") (together, the "Parties") submit this Joint Letter Brief summarizing the Parties' positions regarding KFHP's anticipated Motion to Dismiss Plaintiff's Complaint (Dkt. 1), pursuant to the Court's Standing Order in Civil Cases, updated May 6, 2024. Counsel for KFHP and Plaintiff met and conferred on August 9, 2024, but were unable to reach a resolution to avoid the filing of KFHP's Motion to Dismiss.

      **KFHP's Position**

      KFHP's Motion to Dismiss is a dispositive motion that will resolve this entire case because Plaintiff's lawsuit is time-barred. In 2017, Plaintiff voluntarily completed a benefit election under the terms of the Kaiser Permanente Retirement Plan ("Plan") to receive a lump sum payment of her retirement Plan benefits. She later attempted – but failed to revoke her benefit election under the Plan's terms. Plaintiff submitted a pre-litigation benefit claim to revoke her benefit election, which the Plan denied. Plaintiff appealed that denial, but the Plan denied her appeal by letter dated December 10, 2018.

      Plaintiff filed a prior lawsuit against KFHP on November 19, 2019, based on the same underlying allegations that she makes in this case. *See Javier v. Kaiser Permanente Retirement*, Case No. 3:20-cv-00725-SK (N.D. Cal. Jan. 31, 2020) ("*Javier I*"). Javier I was dismissed on March 14, 2023, without prejudice, for failure to prosecute because Plaintiff was unable to obtain legal counsel, and the district court determined that she was not able to represent herself. Plaintiff filed this new case on June 3, 2024, generally asserting claims for relief under the Employee Retirement Income Security Act of 1974, as amended ("ERISA").

      As noted, Plaintiff's lawsuit is time-barred. The Plan contains a contractual limitations provision that requires that any lawsuit be filed within one year after the final determination of a pre-litigation benefit appeal. The Plan issued its final determination of Plaintiff's pre-litigation benefit appeal on December 10, 2018. Plaintiff, therefore, filed this case more than *five ye*ars later and well outside the Plan's 1-year contractual limitations period. Plaintiff's case is also untimely under statutes of limitations. Although it is not clear from her Complaint, Plaintiff's allegations

appear to seek relief under either ERISA §§ 502(a)(1)(B) or (a)(3). Claims asserted under those provisions are governed by a 4-year or 3-year limitations period, respectively, which also bar this case as untimely. These flaws are incurable, and Plaintiff's Complaint should be dismissed with prejudice because amendment would be futile.

On August 9, 2024, the day this lawsuit was reassigned to this Court, counsel for KFHP contacted Plaintiff at the telephone number listed on her Complaint. A person representing herself as Plaintiff answered KFHP's call, but when counsel began meeting and conferring about KFHP's anticipated motion to dismiss, the person on the call revealed herself to be Plaintiff's daughter, Chelsey Javier. KFHP's counsel informed Chelsey Javier that she was not an attorney and could not represent Plaintiff, and that she should refrain from misrepresenting herself as Plaintiff in the future. Chelsey Javier took down KFHP's counsel's contact information and said Plaintiff would call back directly.

Later in the afternoon of August 9, 2024, Plaintiff, or someone holding herself out as Plaintiff, called KFHP's counsel. KFHP's counsel informed Plaintiff that KFHP intended to file a motion to dismiss Plaintiff's Complaint, in its entirety with prejudice, and explained how Plaintiff's lawsuit was untimely under the Plan's contractual limitations period and statutes of limitation. KFHP's counsel requested that Plaintiff voluntarily dismiss her lawsuit, with prejudice, to save the Parties' and the Court's time and resources, but Plaintiff refused.

**Plaintiff's Position**

First of all let me state that Lia C. Javier am not a lawyer. I am a mentally disabled citizen who is trying her best to understand this process. In 2017 I was sent a card in the mail to accept an early retirement cash out from Kaiser Foundation Health Plan Inc. I did not know what is was so I contacted the number, let them know that I was mentally disabled and I needed help to understand the process. The company KFHP hired said they couldn't because they were just the middle man. I accepted the cash out as I was losing my home and thought it was a blessing from God, but come to find out I was wrong. It was so stressful with no help as I was trying to get help to know that I had made the right decisions for me. Also to know that I had more options as being a mentally disabled citizen and not knowing how it would be with taxes on this cash out. The company told me that I had until Ocotber 31, 2017 to cancel. During this brief time there was no one from KFHP to answer any questions until after the deadline. Immediately the day after the deadline KFHP was back on line I finally spoke with a supervisor and she stated I should have been given a booklet with all of the information and a phone number to call, especially since I was mentally disabled. She stated that since I was a disabled citizen and that I had more options. For instance, I could have asked for a hardship loan against my retirement that could have been approved and it would be under a different tax bracket since I am on SSDI. I found this information out and tried to explain it to Kaiser that all information was taken off of the website until after the deadline, that I wasn't informed of all of my options considering I am mentally disabled. Kaiser denied my appeal to be reinstated in my Retirement through KFHP. I tried to appeal again and they denied it again. My only recourse was to go to court but KFHP once again gave me no information on who to serve, where to serve them, nothing from them once again. I filed a lawsuit at Martinez Superior court, that was the wrong court to file it at, so by the time it got to the right court house, that is

Honorable Yvonne Gonzalez Rogers
August 13, 2024
Page 3

Federal court, KFHP's counsel wanted to dismiss on the grounds of expired time. Judge Donato did not dismiss the case and gave me time to get the correct information for KFHP and re-serve them. That case went on for some years, we went through mediation we couldn't agree and then Covid19 hit. I am immune compromised as my mental state could not handle an in person trial. I asked Judge Donato with letters from my Psychiatrist to let me speak via conference call or to have my daughter Chelseay Javier to speak for me but the Judge said no as she is not a lawyer. Judge Donato never answered with if I could speak via conference call or via Zoom. I missed the Court date as I am immuned compromised. I tried to contact the court but no one could help me. Previously my daughter Chelseay Javier had spoken with opposing counsel Dylan and she told him that I was awaiting something from the courts saying this would be a Zoom or conference call as Covid 19 was still on the rise. He stated he was hopeful for that as well. That never happened and the case was closed without prejudice. I am once again told by the opposing counsel that they want to close this new case with prejudice again, as it is a time expired case. Once again I am not a lawyer. I don't agree that my case should be closed with prejudice and I go on my merry way. No! Justice is not being served as I did not cash the early retirement cash out check that I had received from KFHP, I have no retirement, I can't afford counsel, I am low income, mentally disabled, my daughter is suffering as well as she takes care of me, this case and works a full-time job. I just found out Friday, August 9th that I had until noon today to get this letter in, while trying to get help from Fedpro, which is very limited with their time, ( I am very thankful for them) I am having the opposing counsel letting me know that this is what needs to be done on such short notice as I didn't even know that there was a new Judge appointed to this case. As Fedpro didn't see this either. It's a lot for me to mentally and physically handle. I can not give up and let KFHP once again dictate the outcome of my life/well-being again. Still not trusting opposing counsel Honorable Yvonne Gonzalez Rogers, I am standing firm on Not agreeing to close this case with prejudice. Thank you.

Respectively submitted,

Dated: August 13, 2024            TRUCKER ✦ HUSS

                                  By: *[signature]*
                                  Dylan D. Rudolph
                                  Attorneys for Defendant
                                  KAISER FOUNDATION HEALTH
                                  PLAN, INC.

Dated: August 13, 2024            Plaintiff

                                  By: *[signature]*
                                  Lia Javier
                                  *In Pro Per*

7378794.v2

Honorable Yvonne Gonzalez Rogers
August 13, 2024
Page 3

Federal court, KFHP's counsel wanted to dismiss on the grounds of expired time. Judge Donato did not dismiss the case and gave me time to get the correct information for KFHP and re-serve them. That case went on for some years, we went through mediation we couldn't agree and then Covid19 hit. I am immune compromised as my mental state could not handle an in person trial. I asked Judge Donato with letters from my Psychiatrist to let me speak via conference call or to have my daughter Chelseay Javier to speak for me but the Judge said no as she is not a lawyer. Judge Donato never answered with if I could speak via conference call or via Zoom. I missed the Court date as I am immuned compromised. I tried to contact the court but no one could help me. Previously my daughter Chelseay Javier had spoken with opposing counsel Dylan and she told him that I was awaiting something from the courts saying this would be a Zoom or conference call as Covid19 was still on the rise. He stated he was hopeful for that as well. That never happened and the case was closed without prejudice. I am once again told by the opposing counsel that they want to close this new case with prejudice again, as it is a time expired case. Once again I am not a lawyer. I don't agree that my case should be closed with prejudice and I go on my merry way. No! Justice is not being served as I did not cash the early retirement cash out check that I had received from KFHP, I have no retirement, I can't afford counsel, I am low income, mentally disabled, my daughter is suffering as well as she takes care of me, this case and works a full-time job. I just found out Friday, August 9th that I had until noon today to get this letter in, while trying to get help from Fedpro, which is very limited with their time, ( I am very thankful for them) I am having the opposing counsel letting me know that this is what needs to be done on such short notice as I didn't even know that there was a new Judge appointed to this case. As Fedpro didn't see this either. It's a lot for me to mentally and physically handle. I can not give up and let KFHP once again dictate the outcome of my life/well-being again. Still not trusting opposing counsel, Honorable Yvonne Gonzalez Rogers, I am standing firm on Not agreeing to close this case with prejudice. Thank you.

Respectively submitted,

Dated: August ____, 2024

TRUCKER ✦ HUSS

By:_____
Dylan D. Rudolph
Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

Dated: August /3, 2024

Plaintiff

By:_____
Lia Javier
In Pro Per