Your name: Lia C. Javier
Address: 805 Fieldstone CT.
Brentwood, CA 94513
Phone Number: 510-701-1771
E-mail Address: rainbowme777@gmail.com

Pro se

FILED
AUG 26 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☒ Oakland ☐ San Jose ☐ Eureka

Lia C. Javier,

    Plaintiff,

vs.

Kaiser Foundation Health Plan Inc.,

    Defendant.

Case Number: 3:24-cv-03327-YGR

**OPPOSITION TO MOTION TO DISMISS**

DATE: 08/23/24
TIME: 7:17 am
JUDGE: Hon. Yvonne Gonzalez Rogers

## FACTUAL BACKGROUND

*[Write a short version of the facts in the Complaint. After each fact, write in the paragraph number of the Complaint where that information can be found.]*

I, Lia C. Javier received a card in the mail from Kaiser Foundation Health Plan Inc. concerning an early retirement cashout settlement in October 2017. I was behind on my mortgage payments and was heading toward foreclosure on my home. I thought it was blessing from God but soon I found out that is what was not. I had about 2 days (limited time) to get an answer to KFHP. When I contacted the number on the card, the representative was very vague. I told them that I was mentally disabled and that I didn't understand what was going on and what it meant. He stated he was a representative from a company KFHP hired and they he could not advise me or give me any more information then what was on the card. ~~I'm passed~~ I accepted the cash out as the company that KFHP hired stated that I had until Oct 31, 2017 to withdraw my option. All this time I have been trying to get help with understanding this early cash out. Several days after the 30 days Kaiser Retirement went back on the website. I spoke with a supervisor from KFHP's Retirement Plan and she explained to me all other options. (See paragraph 14). I found out what I could have done, so I was told I could do nothing but appeal

OPPOSITION TO MOTION TO DISMISS
CASE NO.: 24-CV-03327-YGR     ; PAGE 2 OF 7 [JDC TEMPLATE – rev. 2017]

*Insert this page as needed to continue the facts or argument section, or to write an introduction.*

to terminate the KFHP Early Retirement Cash out. I immediately ask for it to be terminated, but the appeal was denied. I appealed it again and it was immediately denied so I was told by KFHP to take it to court because I would not be able to be put back into my retirement plan. (Refer to Paragraph 18.)

I did not cash the check that was given to me from this early retirement cash out program. I am also mentally disabled so I tried to get as much help as possible but I was not given much help as KFHP never gave me any address of where to serve or who to serve. They tried to close the case because it was past the cutoff date to file as I was not able to serve the correct party because KFHP was like I should have figured it out myself of where and who to serve.

Judge James Donato allowed me to get the correct party/address so I could have KFHP Retirement served. Which they were served and the case went forward but it was closed without prejudice due to the fact that I missed the court date as offered I was awaiting an access code of some kind from Zoom or by conference call. That wasn't so

*Insert this page as needed to continue the facts or argument section, or to write an introduction.*

as I thought for sure. I am mentally disabled and there was/is no accommodations for me in the courtroom as I am a disabled citizen.

I was also told that my daughter Chelsey Javier was not a lawyer and she could not speak for me as my mental and physical state could not handle it. I had my psychiatrist to help me with letters, more therapy, me taking my medications and dealing with my issues/anxiety. I can now speak for myself but by all of my therapy (continued) the case was already closed without prejudice. As I didn't think that Judge Donato answered my questions, "I can speak for myself", or can I speak by via conference call or Zoom. My psychiatrist approved me to speak for myself, but did first request that all I could be accommodated for my mental disability as there has been no accommodations. As if the courts/Judge is overlooking this. (Refer to 1a-1e & Exhibit B)

I now have a new case 3:24-CV-03327-YGR as the old case that was closed without prejudice 3:20-CV-00725-JD.

OPPOSITION TO MOTION TO DISMISS
CASE NO.: 3:24-CV-03327-YGR ; PAGE 4 OF 7 [JDC TEMPLATE – rev. 2017]

# ARGUMENT

*[Explain your response to each of Defendant's arguments. Go in the same order as the arguments were made in Defendant's Motion, if possible.]*

The Defendant KFHP is arguing that this case should be closed with prejudice because they state that is past the 3-4 year date for an ERISA claim. As I have previously stated in my complaint, that I am not a lawyer, but I looked on the internet and it states there is a three-year period between the fourth and sixth years after an alleged violation. sec 1113) 429 U.S.C. sec 1113. ERISA's statue of limitation is tolled for six years in cases of fraud or concealment. ERISA does not provide a specific statue of limitation for benefit claims. Also the Employee Retirement Income Security Act of 1974. This claim was opened in 2020.

My claim and my time I've known/had dealings with KFHP has been horrible as the treatment I have received from this Healthcare. Inc. I have felt that I was discriminated against racially and now as a disabled citizen. I want to make sure those are just my feelings and not what it really is.

This case that I am trying to start over is because ~~the co~~ I feel that the court system

OPPOSITION TO MOTION TO DISMISS
CASE NO.: 24-CV-03327-YGR  ; PAGE 5 OF 7  *[JDC TEMPLATE – rev. 2017]*

*Insert this page as needed to continue the facts or argument section, or to write an introduction.*

has failed me. I am not a lawyer and with the help of my daughter I have tried to ask for justice but because of the limited sources that I have as a low income mentally disabled citizen, the questions, communication, help, answers that I needed were not given to me in a timely manner. The questions and much needed help were given to me after Judge Donato closed my case "without prejudice".

I did not cash the check so therefore I do not have any money from my Early Retirement cash out, my main objective was to be reinstated into my retirement but KFHP has been strict on policy under any circumstances would I be able to be reinstated, although minimizing the fact that my rights as a disabled citizen were greatly diminished and overlooked. I did not want to take this to court I just wanted to be put back in my retirement, but this is what it has come down to. I with my daughter's help is trying to navigate through these uncharted waters and it's very stressful, overwhelming and difficult.

Judge Yvonne Gonzalez Rogers am I am hoping and praying that you don't let Kaiser Foundation Health Plan Inc. get away with disregarding my help needed with making the best decision for

OPPOSITION TO MOTION TO DISMISS
CASE NO.: 24-cv-03327-YGR       ; PAGE 6 OF 7 *[JDC TEMPLATE – rev. 2017]*

1  myself which started in 2017 until now as
2  a black, low income mentally disabled citizen. My
3  rights were taken away from me the day that
4  I told the company hired by KFHP that I was
5  mentally disabled. We are all human first and
6  there should have been and should be more help
7  for non/disabled citizens everywhere.

24 [If this document is longer than ten pages, you must include a table of contents and a table of authorities.]
25 [You must sign and date.]

27 Date: _____    Sign Name: *Lia C.*
28                      Print Name: Lia C. Javies

OPPOSITION TO MOTION TO DISMISS
CASE NO. 4:24-CV-03327-YGR    ; PAGE 7 OF 7 [JDC TEMPLATE – rev. 2017]

**Justice & Diversity CENTER**
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve. *

1. **Case Name:** Lia C. Javier v. Kaiser Foundation Health Plan Inc.

2. **Case Number:** US 24-CV-03327-YGR

3. **What documents were served?** *[Write the full name or title of the document or documents]* Reply brief in support of Motion  Opposition to Motion to Dismiss

4. **How was the document served?** *[check one]*

   ☐ Placed in U.S. Mail

   ☐ Hand-delivered

   ☒ Sent for delivery (e.g., FedEx, UPS)

   ☐ Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   Judge Yvonne G. Rogers / Clerks office — US District Court Clerks office, 450 Golden Gate 16th Floor Rm 1111, SF, CA 94102

   Dylan Rudolph / Clarrisa Kang — 135 Main Street, 9th Floor, San Francisco 94105

6. **When were the documents sent?** 08/23/24

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: Chelseay Javier

Name: Chelseay Javier

Address: 805 Fieldstone Ct. Brentwood, CA 94513

FICATE OF SERVICE *[JDC TEMPLATE Rev. 05/2017]*