Clarissa A. Kang, No. 210660
Dylan D. Rudolph, No. 278707
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail:
    ckang@truckerhuss.com
    drudolph@truckerhuss.com

Attorneys for
KAISER FOUNDATION HEALTH
PLAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA C. JAVIER,<br><br>        Plaintiff,<br><br>vs.<br><br>KAISER PERMANENTE RETIREMENT,<br><br>        Defendant. | Case No. 4:24-cv-03327-YGR<br><br>**CERTIFICATE OF SERVICE OF REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

CERTIFICATE OF SERVICE
7378759.v2

I, Michelle Ayala, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within action. I am employed in the City and County of San Francisco, California. My business address is 135 Main Street, 9th Floor, San Francisco, California 94105. On the date indicated below, I served the foregoing document described as:

1. **REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

to the addressee(s) and in the manner indicated below:

> Lia C. Javier
> 805 Fieldstone Court
> Brentwood, CA  94513
> Telephone: (510) 701-1771

☑ **BY MAIL**: On September 4, 2024, I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify under penalty of perjury that the foregoing is true and correct and that this Certificate of Service was executed by me on September 4, 2024, at Grass Valley, California.

_____
Michelle Ayala

CERTIFICATE OF SERVICE
7378759.v2

- 1 -