1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LIA C. JAVIER**, | **Case No.: 4:24-cv-03327-YGR** |
| Plaintiff, | **ORDER VACATING HEARING** |
| v. | DKT. NO. 16 |
| **KAISER FOUNDATION HEALTH PLAN INC.**, | |
| Defendant. | |

The hearing on plaintiff's motion to remand set for September 17, 2024 is **VACATED**. The Court will reset the hearing at a later date if appropriate. Alternatively, if appropriate, the Court will issue a written decision on the papers as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).

**IT IS SO ORDERED**.

Date:  September 10, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**