**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LIA C. JAVIER,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**KAISER FOUNDATION HEALTH PLAN INC.,**<br><br>　　　　**Defendant.** | Case No.: 24-CV-03327-YGR<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

　　Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable James Donato to consider whether it is related to *Javier v. Kaiser Foundation Health Plan, Inc.*, 20-cv-0725. In particular, the undersigned makes reference to plaintiff's position on page 3 of Docket No. 17 regarding the prior case.

　　**IT IS SO ORDERED.**

Date:  November 6, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**