1  Clarissa A. Kang, No. 210660
   Catherine L. Reagan, No. 327702
2  TRUCKER ✦ HUSS
   A Professional Corporation
3  135 Main Street, 9th Floor
   San Francisco, CA  94105
4  Telephone:   (415) 788-3111
   Facsimile:   (415) 421-2017
5  E-mail:      ckang@truckerhuss.com
                creagan@truckerhuss.com
6
7  Attorneys for Defendant
   KAISER FOUNDATION HEALTH
8  PLAN INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| LIA C. JAVIER,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>KAISER FOUNDATION HEALTH PLAN INC.,<br><br>　　　　　　Defendant. | Case No. 4:24-CV-03327-YGR<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Defendant Kaiser Foundation Health Plan, Inc. ("KFHP") and Plaintiff Lia Javier ("Plaintiff") (collectively, the "Parties") hereby stipulate, as follows:

WHEREAS, Plaintiff filed the Complaint in this action on June 3, 2024 (Dkt. 1);

WHEREAS, KFHP filed a motion to dismiss on August 14, 2024 (Dkt. 16); Plaintiff opposed that motion (Dkt. 18); and KFHP filed its reply on September 3, 2024 (Dkt. 19);

WHEREAS, on September 10, 2024, the Court vacated the hearing on the motion to dismiss (Dkt. 21);

WHEREAS, the case management conference ("CMC") is scheduled for November 25, 2024 (Dkt. 15);

WHEREAS, the Parties request that, in the interests of judicial economy and streamlining of issues, the CMC currently scheduled for November 25, 2024 be continued to a date after the Court issues a ruling on KFHP's motion to dismiss;

WHEREAS, the Parties note that this is the first request for a continuance, and the requested continuance does not affect any other dates in this matter;

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

- Continue the CMC currently scheduled for November 25, 2024 and the deadline to file the joint case management statement, file the ADR certification, hold a Federal Rules of Civil Procedure 26(f) conference, and exchange initial disclosures to dates the Court may deem appropriate following the Court's ruling on KFHP's motion to dismiss.

IT IS SO STIPULATED.

Dated: November 15, 2024            TRUCKER ✦ HUSS

By: _/s/ Clarissa A. Kang_____
Clarissa A. Kang
Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

-1-

1  Dated: November 15, 2024          LIA C. JAVIER

2                                    By: /s/ Lia C. Javier
3                                        Lia C. Javier
                                         Plaintiff
4

5     I attest that my firm has obtained concurrence in the filing of this document from Plaintiff.

6

7  Dated: November 15, 2024          TRUCKER ✦ HUSS

8                                    By: /s/ Clarissa A. Kang
9                                        Clarissa A. Kang
                                         Attorneys for Defendant
10                                       KAISER FOUNDATION HEALTH PLAN INC.