| | |
|---|---|
| 1 | Clarissa A. Kang, No. 210660 |
| 2 | Catherine L. Reagan, No. 327702<br>TRUCKER ✦ HUSS |
| 3 | A Professional Corporation<br>135 Main Street, 9th Floor |
| 4 | San Francisco, CA 94105<br>Telephone: (415) 788-3111 |
| 5 | Facsimile: (415) 421-2017<br>E-mail: ckang@truckerhuss.com |
| 6 | creagan@truckerhuss.com |
| 7 | Attorneys for Defendant<br>KAISER FOUNDATION HEALTH |
| 8 | PLAN INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| LIA C. JAVIER,<br><br>          Plaintiff,<br><br>     vs.<br><br>KAISER FOUNDATION HEALTH PLAN INC.,<br><br>          Defendant. | Case No. 4:24-CV-03327-YGR<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to the parties' stipulation and for good cause appearing, the Court hereby approves the stipulation and modifies the case calendar as follows:

The Case Management Conference currently scheduled for November 25, 2024 and the deadline to file the joint case management statement, file the ADR certification, hold a Federal Rules of Civil Procedure 26(f) conference, and exchange initial disclosures to dates the Court may deem appropriate following the Court's ruling on KFHP's Motion to Dismiss.

**IT IS SO ORDERED.**

DATED:_____

Honorable Yvonne Gonzalez Rogers
United States District Court Judge