Clarissa A. Kang, No. 210660
Catherine L. Reagan, No. 327702
TRUCKER ✦ HUSS
A Professional Corporation
135 Main Street, 9th Floor
San Francisco, CA  94105
Telephone:  (415) 788-3111
Facsimile:  (415) 421-2017
E-mail:  ckang@truckerhuss.com
         creagan@truckerhuss.com

Attorneys for Defendant
KAISER FOUNDATION HEALTH
PLAN INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| LIA C. JAVIER,<br><br>                    Plaintiff,<br><br>        vs.<br><br>KAISER FOUNDATION HEALTH PLAN INC.,<br><br>                    Defendant. | Case No. 4:24-CV-03327-YGR<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; **AS AMENDED BY COURT** |

Pursuant to the parties' stipulation and for good cause appearing, the Court hereby approves the stipulation and modifies the case calendar as follows:

The Case Management Conference currently scheduled for November 25, 2024 is hereby vacated. The Court will reset the Case Management Conference if appropriate. All related deadlines are continued accordingly. This order is not intended to be an indication as to the merits of the motion to dismiss. ~~and the deadline to file the joint case management statement, file the ADR certification, hold a Federal Rules of Civil Procedure 26(f) conference, and exchange initial disclosures to dates the Court may deem appropriate following the Court's ruling on KFHP's Motion to Dismiss.~~

**IT IS SO ORDERED.**

DATED: November 18, 2024

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge

-1-
[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; Case No: 4:24-CV-03327-YGR
7406817.v1