UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA CRASONA JAVIER,<br><br>      Plaintiff,<br><br>   v.<br><br>KAISER FOUNDATION HEALTH PLAN INC.,<br><br>      Defendant. | Case No.24-cv-03327-YGR<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 16 |

You are hereby notified that hearing on the Motion to Dismiss is set for January 14, 2025, at 2:00 p.m. in Oakland, Courtroom1, 4th Floor before Judge Yvonne Gonzalez Rogers.

Dated: December 20, 2024

Mark B. Busby
Clerk, United States District Court

By: _____
Edwin Angelo A. Cuenco, Deputy Clerk to the
Honorable YVONNE GONZALEZ ROGERS
5106373540

*Clerk's-Notice_CRD*
*rev. June 2018*