# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** January 14, 2024 | **Time:** 25 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 24-cv-3327-YGR | **Case Name:** Javier v. Kaiser Foundation Health Plan, Inc. | |

**Plaintiff:** Lia Crasona Javier in pro se
**Attorney for Defendant:** Catherine Reagan

**Deputy Clerk:** Edwin Angelo A. Cuenco      **Court Reporter:** Zoom Recording

## PROCEEDINGS

Motion Hearing – held.

The Court heard argument on statutes of limitations under the ERISA statute. Parties discussed potential exceptions to the statutes of limitations, including the fraud exception and whether knowledge of mental disability affects the statutes of limitation.

The plaintiff is directed to the Legal Help Center to seek assistance with the preparation of her case.

Written order to issue.