**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LIA C. JAVIER**, <br><br> Plaintiff, <br><br> v. <br><br> **KAISER FOUNDATION HEALTH PLAN INC.**, <br><br> Defendant. | Case No.: 4:24-cv-03327-YGR <br><br> **ORDER** <br><br> **REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE;** <br><br> **REFERRING CASE FOR ELIGIBILITY ASSESSMENT UNDER GENERAL ORDER 25** |

Pursuant to Local Rule 72-1, this matter is **REFERRED** to a magistrate judge to conduct a settlement conference. Should the case settle, the parties are ordered to file a Notice of Settlement within two business days so that the Court may vacate any pending dates. The parties will be advised of the date, time, and place of the settlement conference by notice from the assigned magistrate judge.

Further, under General Order 25, the Court may direct a pro se civil litigant to the Court-sponsored legal help center prior to referring a case for pro bono placement. Staff at the legal help center will assess whether (1) the case meets the eligibility criteria for pro bono counsel and (2) qualified counsel can be located. The legal help center provides free information and limited-scope legal advice to pro se litigants in federal civil cases. To make an appointment with the Legal Help Center, plaintiff may: (1) call 415-782-8982; or (2) email federalprobonoproject@sfbar.org. The Help Center's website is available at https://cand.uscourts.gov/legal-help. The District Court has produced a guide for self-represented/pro se litigants called Representing Yourself in Federal Court: A Handbook for Pro Se Litigants, which provides instructions on how to proceed at every stage of a case, including discovery, motions, and trial. It is available electronically online (http://cand.uscourts.gov/prosehandbook).

**IT IS SO ORDERED**.

Date: January 29, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**