UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LIA JAVIER, | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 4:24-cv-03327-YGR |
| v. | ) | |
| | ) | ORDER APPOINTING COUNSEL |
| KAISER FOUNDATION HEALTH PLAN, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Because Plaintiff has requested and is in need of counsel to assist her in this

matter, and volunteer attorneys are willing to be appointed to undertake this representation at the

request of the Federal Pro Bono Project, the attorneys listed below are hereby appointed as counsel

for Plaintiff in this matter:

Erika H. Warren (SBN 295570)
Warren Kash Warren LLP
2261 Market St., No. 606
San Francisco, CA 94114
(415) 895-2940
erika@warrenkashwarren.com

Jesse A. Macias (SBN 254794)
Warren Kash Warren LLP
2261 Market St., No. 606
San Francisco, CA 94114
(415) 895-2940
jesse@warrenkashwarren.com

The scope of this referral shall be for:

☐ all purposes for the duration of the case

☒ the limited purpose of representing the litigant in the course of

    ☐ mediation

☐ early neutral evaluation

☒ settlement conference

☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

☐ discovery as follows:

_____

☐ other:

_____

All proceedings in this action are hereby stayed until four weeks from the date of this Order. Counsel shall be familiar with General Order No. 25 posted on the Court's website.

IT IS SO ORDERED.

Dated:  April 10, 2025

YVONNE GONZALEZ ROGERS
United States District Judge