Erika H. Warren (State Bar No. 295570)
Jesse A. Macias (State Bar No. 254794)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
24-3327@cases.warrenlex.com

*Pro Bono Attorneys for
Plaintiff Lia Javier*

Clarissa A. Kang (State Bar No. 210660)
Catherine L. Reagan (State Bar No. 327702)
TRUCKER HUSS, APC
135 Main Street, 9th Floor
San Francisco, California, 94105
+1 (415) 788-3111
+1 (415) 421-2017 facsimile
ckang@truckerhuss.com
creagan@truckerhuss.com

*Attorneys for Defendant Kaiser Foundation
Health Plan Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIA JAVIER,<br><br>   Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>   Defendant. | Case No. 4:24-cv-03327-YGR<br><br>**STIPULATED REQUEST TO EXPAND *PRO BONO* APPOINTMENT AND SET TIME FOR AMENDED COMPLAINT AND RESPONSE** |

Plaintiff Lia Javier ("Plaintiff" or "Ms. Javier") and Defendant Kaiser Foundation Health Plan, Inc. ("Defendant") (collectively, the "Parties"), hereby stipulate and request as follows:

WHEREAS, on January 15, 2025, the Court issued an Order Granting Defendant's Motion to Dismiss with Leave to Amend (Dkt. 30);

WHEREAS, on January 19, 2025, the Court issued an Order Referring Case to Magistrate Judge for Settlement Conference and Referring Case for Eligibility Assessment Under General Order 25 (Dkt. 31);

WHEREAS, on February 11, 2025, the Court issued an Order to Locate Pro Bono Counsel for the limited purpose of representing Plaintiff in the course of settlement conference, and stayed proceedings until four weeks from the appointment of counsel (Dkt. 32);

WHEREAS, on April 10, 2025, the Court issued an Order Appointing Counsel, appointing Erika Warren and Jesse Macias of Warren Kash Warren LLP as counsel for Plaintiff for the limited purpose of representing the Plaintiff in the course of settlement conference (Dkt. 33);

WHEREAS, on June 17, 2025, the Parties appeared for a Settlement Planning Call before Chief Magistrate Judge Donna M. Ryu, during which the Parties agreed that presentation of an amended complaint to Defendant in advance of a Settlement Conference would be helpful for settlement purposes (Dkt. 37);

WHEREAS, a Settlement Conference has been set for September 12, 2025, at 10:00 a.m. PT, before Chief Magistrate Judge Donna M. Ryu (Dkt. 38);

WHEREAS, Warren Kash Warren is willing to be appointed and undertake further *pro bono* representation of the Plaintiff for the limited purpose of assisting Ms. Javier in preparation and filing of an amended complaint in this action;

NOW, THEREFORE, the Parties hereby stipulate and agree, and respectfully request the Court order as follows:

1.      That the scope of its appointment of Warren Kash Warren, Dkt. 33, be expanded to include representation for the limited purpose of assisting Ms. Javier with the preparation and filing of an amended complaint in this action;

2.      That Plaintiff's Amended Complaint be filed on or before July 31, 2025;

3.      That Defendant's answer or other response to Plaintiff's Amended Complaint be filed within 30 days of the completion of the Settlement Conference.

Date:  June 18, 2025                              Respectfully submitted,


_____           /s/ Clarissa A. Kang
Erika H. Warren (State Bar No. 295570)          Clarissa A. Kang (State Bar No. 210660)
Jesse A. Macias (State Bar No. 254794)          Catherine L. Reagan (State Bar No. 327702)
WARREN KASH WARREN LLP                     TRUCKER HUSS, APC
2261 Market Street, No. 606                     135 Main Street, 9th Floor
San Francisco, California, 94114                 San Francisco, California, 94105
+1 (415) 895-2940                            +1 (415) 788-3111
+1 (415) 895-2964 facsimile                    +1 (415) 421-2017 facsimile
24-3327@cases.warrenlex.com                   ckang@truckerhuss.com

creagan@truckerhuss.com

*Pro Bono Attorneys for*
*Plaintiff Lia Javier*

*Attorneys for Defendant Kaiser Foundation*
*Health Plan Inc.*

## SIGNATURE ATTESTATION

Under Local Rule 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from the other signatories.

Date:    June 18, 2025

_____
Erika H. Warren

STIPULATED REQUEST TO EXPAND *PRO BONO* APPOINTMENT
AND SET TIME FOR AMENDED COMPLAINT AND RESPONSE