UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIA JAVIER, | Case No. 4:24-cv-03327-YGR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO EXPAND *PRO BONO* APPOINTMENT AND SET TIME FOR AMENDED COMPLAINT AND RESPONSE** |
| v. | |
| KAISER FOUNDATION HEALTH PLAN, INC., | |
| Defendant. | |

Having considered the parties' stipulation, for good cause appearing, the Court hereby approves the stipulation and ORDERS:

1. The scope of the Court's appointment of Warren Kash Warren (Dkt. 33) is expanded to include representation for the limited purpose of assisting Plaintiff Lia Javier with the preparation and filing of an amended complaint in this action.

2. Plaintiff's Amended Complaint shall be filed on or before July 31, 2025.

3. Defendant's answer or other response to Plaintiff's Amended Complaint shall be filed within 30 days of the completion of the Settlement Conference.

IT IS SO ORDERED.

DATED: _____                    _____
                                             Honorable Yvonne Gonzalez Rogers
                                             United States District Court Judge