UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA CRASONA JAVIER,<br><br>    Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN INC.,<br><br>    Defendant. | Case No. 4:24-cv-03327-YGR (DMR)<br><br>**NOTICE OF RESCHEDULED SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**<br><br>Re: Dkt. No. 38 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Chief Magistrate Judge Donna M. Ryu for settlement purposes. Pursuant to the scheduling conflict of Defendant Kaiser Foundation Health Plan Inc.'s client representative on September 12, 2025, you are hereby notified that the in-person settlement conference set for September 12, 2025 at 10:00 a.m. is RESCHEDULED to **September 18, 2025 at 10:00 a.m.,** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the court's on-line calendar at http://www.cand.uscourts.gov) on Friday, prior to the scheduled hearing date.

Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated June 17, 2025. [*See* Docket No. 38.]

**IT IS SO ORDERED.**

Dated: June 25, 2025

DONNA M. RYU
Chief Magistrate Judge