UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LIA JAVIER, | ) | Case No. 4:24-cv-03327-YGR |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING |
| | ) | STIPULATION TO EXPAND *PRO* |
| v. | ) | *BONO* APPOINTMENT AND SET |
| | ) | TIME FOR AMENDED COMPLAINT |
| KAISER FOUNDATION HEALTH PLAN, INC., | ) | AND RESPONSE |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the parties' stipulation, for good cause appearing, the Court hereby approves the stipulation and ORDERS:

1.     The scope of the Court's appointment of Warren Kash Warren (Dkt. 33) is expanded to include representation for the limited purpose of assisting Plaintiff Lia Javier with the preparation and filing of an amended complaint in this action.

2.     Plaintiff's Amended Complaint shall be filed on or before July 31, 2025.

3.     Defendant's answer or other response to Plaintiff's Amended Complaint shall be filed within 30 days of the completion of the Settlement Conference.

IT IS SO ORDERED.

DATED:  ___July 7, 2025___

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge