**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LIA CRASONA JAVIER,**<br><br>Plaintiff,<br><br>v.<br><br>**KAISER FOUNDATION HEALTH PLAN INC.,**<br><br>Defendant. | Case No.: 4:24-cv-03327-YGR<br><br>**ORDER CONDITIONALLY CLOSING THE CASE UPON NOTICE OF SETTLEMENT**<br><br>Re: Dkt. No. 45 |

The parties to this action, by and through counsel, have advised the Court that the parties have agreed to settlement. (Dkt. No. 45.)

Based thereon, this matter is **CONDITIONALLY DISMISSED** and any hearings and deadlines in this matter are **VACATED.**

It is further **ORDERED** that if parties do not file a stipulation of dismissal with prejudice by **July 31, 2026,** following the execution of a settlement agreement and compliance with its terms, this Order shall be vacated, and this case will be reopened and restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated:   September 30, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California