Erika H. Warren (State Bar No. 295570)
Jesse A. Macias (State Bar No. 254794)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
24-3327@cases.warrenlex.com

*Pro Bono Attorneys for*
*Plaintiff Lia Javier*

Clarissa A. Kang (State Bar No. 210660)
Catherine L. Reagan (State Bar No. 327702)
TRUCKER HUSS, APC
135 Main Street, 9th Floor
San Francisco, California, 94105
+1 (415) 788-3111
+1 (415) 421-2017 facsimile
ckang@truckerhuss.com
creagan@truckerhuss.com

*Attorneys for Defendant Kaiser Foundation*
*Health Plan Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIA JAVIER, | ) Case No. 4:24-cv-03327-YGR |
| Plaintiff, | ) |
| | ) **JOINT STIPULATION OF** |
| v. | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| KAISER FOUNDATION HEALTH PLAN, INC., | ) |
| Defendant. | ) |

WHEREAS, plaintiff Lia Javier filed this action against defendant Kaiser Foundation Health Plan, Inc. on June 3, 2024;

WHEREAS, plaintiff and defendant have settled this action;

NOW, THEREFORE, under Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff and defendant hereby stipulate that plaintiff's claims in this action are dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Date: March 17, 2026

Respectfully submitted,

_____
Erika H. Warren (State Bar No. 295570)
Jesse A. Macias (State Bar No. 254794)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114

/s/ Clarissa A. Kang_____
Clarissa A. Kang (State Bar No. 210660)
Catherine L. Reagan (State Bar No. 327702)
TRUCKER HUSS, APC
135 Main Street, 9th Floor
San Francisco, California, 94105

+1 (415) 895-2940
+1 (415) 895-2964 facsimile
24-3327@cases.warrenlex.com

*Pro Bono Attorneys for*
*Plaintiff Lia Javier*

+1 (415) 788-3111
+1 (415) 421-2017 facsimile
ckang@truckerhuss.com
creagan@truckerhuss.com

*Attorneys for Defendant Kaiser Foundation*
*Health Plan Inc.*

## SIGNATURE ATTESTATION

Under Local Rule 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from the other signatories.

Date:   March 17, 2026

_____
Jesse A. Macias

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE